US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

Susan Lee                                            :     Civil Case No. 06-1448 RMC
                                                     :
           Plaintiff,                                :
                                                     :
                                                     :
v.                                                   :
                                                     :
Maria Cinto et al.                                   :
                                                     :
           Defendant                                 :

## AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons, complaint and initial order upon the defendant by certified mail, return receipt requested, addressed to: Alberto Gonzalez, US Atty General, on October 11, 2006. The return receipt is stapled below.

                                         _Ellen Lescht_
                                         Ellen Lescht

Sworn to before this 24 day of Oct, 2006

_Notary public_

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Mr Alberto Gonzalez
   Attorney General of the U.S.
   US Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, D.C.
   20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540