US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Susan Lee | : Civil Case No. 06-1448 RMC |
| Plaintiff, | : |
| v. | : |
| Maria Cinto et al. | : |
| Defendant | : |

AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons, complaint and initial order upon the defendant by certified mail, return receipt requested, addressed to: Maria Cinto, Acting Secy, US DOT, on October 10, 2006. The return receipt is stapled below.

*Ellen Lescht*

Sworn to before this _24_ day of _Oct_____, 2006

_____
Notary public

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Maria Cinto
   Acting Secretary
   U.S. Department of Transportation
   400 7th Street, S.W.
   Washington, D.C. 20590

2. Article Number (Transfer from service label)    7005 0390 0006 3276 3513

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): AKRAM
C. Date of Delivery: 10/6/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

*Susan Lee*