US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Susan Lee | : | Civil Case No. 06-1448 RMC |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| Maria Cinto et al. | : | |
| | : | |
| Defendant | : | |
| | : | |

### AFFIDAVIT OF SERVICE

I, Ellen Lescht, declare under penalty of perjury that the following information is true and correct:

1. I am over the age of 18 and am not a party to the above entitled action.

2. I served the summons, complaint and initial order upon the defendant by certified mail, return receipt requested, addressed to: Kenneth Wainstein, US Attorney for DC, on October 10, 2006. The return receipt is stapled below.

*Ellen Lescht*
Ellen Lescht

Sworn to before this 2 4 day of ___Oct_____, 2006

*Milfia*
Notary public

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Kenneth Wainstein
US Attorney for District of Columbia
555 4th Street, N.W.
Washington, D.C.
20530

**COMPLETE THIS SECTION ON DELIVERY**

Susan Lee

A. Signature

X ☐ Agent ☐ Address

B. Received by ( Printed Name)     C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandis
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Nu
   (Transfer f     7005 0390 0006 3276 3490

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-15