UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE,<br>221 N. Central Avenue, #296<br>Medford, Oregon 97501<br><br>       Plaintiff,<br><br>   v.<br><br>**MARY E. PETERS,** SECRETARY OF<br>TRANSPORTATION,<br>U.S. DEP'T OF TRANSPORTATION<br>400 7th Street , S.W.<br>Washington, D.C.  20590<br><br>       Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil  Action  No. 06-1448 (RMC)<br>)  Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for the defendant in the above-captioned case.

Dated: December 11, 2006.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8780 (fax)
Jane.Lyons@usdoj.gov