UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>MARY E. PETERS, Secretary, )<br>United States Department of Transportation, )<br>)<br>        Defendant.[1] )<br>) | Civil Action No. 061448 (RMC) |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant Mary E. Peters, Secretary of the United States Department of Transportation, by and through her undersigned counsel, respectfully moves for an enlargement of time to respond to the Complaint. Specifically, defendant requests that the Court extend the deadline for filing a response from December 11, 2006 until December 20, 2007. Plaintiff, through her counsel, graciously consents to the relief being sought in this motion. The grounds for the requested relief are set forth below.

This Rehabilitation Act and retaliation case arising out of plaintiff's former employment by the Department of Transportation was served on the U.S. Attorney's Office on October 13, 2006. Plaintiff alleges that she was denied reasonable accommodations for multiple alleged disabilities, that she was the victim of retaliation after she complained, and that she was constructively discharged. Compl. ¶¶ 33, 35, 37. Promptly after the U.S. Attorney's Office was served, counsel with daily responsibility for this matter contacted the Department of

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, the current Secretary of Transportation, Mary E. Peters, is automatically substituted as the defendant in place of her predecessor in office, Maria Cino, who was the Acting Secretary when the Complaint was filed.

Transportation to obtain information and assistance. Personnel at the Department of Transportation provided a full box of materials relating to plaintiff's administrative complaints to undersigned counsel approximately one week prior to the deadline for filing a response to the Complaint. Although undersigned counsel has been working diligently to analyze these materials and prepare a response, matters and deadlines in other pending cases have prevented undersigned counsel from completing an appropriate response. Accordingly, a few more days are needed to allow sufficient time to finish a response and have it reviewed by the agency.

This request for a few additional days at the outset of this case is filed in good faith and will not unduly delay the Court's resolution of this matter. This is defendant's first request for an extension of time in the case. No scheduling order has been entered and no pending deadlines will be affected by granting the extension. Allowing defendant a reasonable amount of time to evaluate the claims and possible defenses serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the defendant respectfully requests that the time for responding to the Complaint be extended to and including December 20, 2006. A proposed order is attached.

Dated: December 11, 2006.

          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161