UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE,<br><br>        Plaintiff,<br>    v.<br><br>MARY E. PETERS, Secretary,<br>United States Department of Transportation,<br><br>        Defendant. | Civil Action No. 061448 (RMC) |

## **ORDER**

UPON CONSIDERATION of defendant's consent motion for enlargement of time to file a response to the Complaint and the entire record in this case, the Court finds that good cause exists for the requested enlargement. Accordingly, it is hereby

**ORDERED** that defendant's motion is **GRANTED**, and defendant shall have through and including December 20, 2006 to file a response to the Complaint.

_____                                            _____
Date                                                                       ROSEMARY M. COLLYER
                                                                           United States District Judge

Copies to: Counsel of Record Through ECF