IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1448 (RMC) |
| ) | |
| MARIA CINO, ACTING SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to Fed. R. Civ. P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conferred and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1. Statement of the Case:

The Complaint alleges that Plaintiff, who was employed by Defendant as a Transportation Specialist, GS-13, Office of Highway Pricing, Office of Policy and Governmental Affairs, Federal Highway Administration, Department of Transportation Business Opportunity Specialist, was subjected to unlawful discrimination by defendant on the basis of her disabilities, defendant's record of her disabilities, and its perception of her as if she were disabled, when defendant denied her reasonable accommodations and constructively discharged her from its employment.

1

Plaintiff is also alleging discrimination based retaliation for initiating an EEO complaint against the Department of Transportation. Defendant denies the allegations.

2. Dispositive Motions

Plaintiff does not intend to file a dispostive motion. At this early stage, defendant's counsel anticipates filing a dispositive motion after the close of discovery which could resolve some or all of the claims.

3. Joinder and Amendment

The parties do not currently anticipate the need for joining any additional parties or amending the pleadings. However, the parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

4. Assignment to a Magistrate Judge

The plaintiff consents to assignment of this case to a Magistrate Judge for all purposes. Defendant does not consent to assignment of this case to a Magistrate Judge for all purposes, but agrees that assignment to a Magistrate Judge for settlement discussions could be helpful.

5. Settlement

The parties believe there may be a realistic chance of settling this case at some point, and consent to early mediation before a Magistrate Judge.

6. ADR

The parties consent to early mediation before a Magistrate Judge.

7.  Dispositive Motions Schedule

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days after the filing of the motion; and any reply be filed within 15 days after the filing of the opposition.

8.  Initial Disclosures

The parties agree to make the initial disclosures under Fed. R. Civ. P. 26(a)(1) by April 11, 2007 or such other mutually agreeable date.

9.  Extent of Discovery

The parties propose that fact discovery close four months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

10. Expert Witnesses

The parties recommend that the expert disclosures, if any, required by F.R.Civ.P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

11. Class Action

This is not a class action lawsuit.

12. Bifurcation

The parties do not seek bifurcation.

13.  Pre-trial Conference

The Pre-trial Conference should be scheduled by the Court following completion of discovery.

14.  Trial Date

The parties agree that the date of trial should be scheduled by the Court at the pre-trial conference. Plaintiff currently anticipates that the trial will last two days; defendant's counsel estimates that a trial on all claims in the complaint, if it were necessary, would last more than one week but less than two weeks.

15.  Proposed Order

A proposed Scheduling Order is submitted herewith.

Date: _____

                              Respectfully submitted,

                              _____
                              Alan Lescht, DC Bar # 441691
                              Susan L. Kruger, DC Bar # 414566
                              Alan Lescht & Associates, P.C.
                              1050 17th Street, N.W.
                              Suite 220
                              Washington, DC  20036
                              202-463-6036
                              202-463-6067 (fax)

                              Counsel for Plaintiff


                              _____
                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                              United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. – Room E4822
Washington, D.C. 20530
(202) 514-7161 (phone)
(202) 514-8780 (fax)

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE,<br><br>    Plaintiff,<br><br>v.<br><br>MARIA CINO, ACTING SECRETARY,<br>UNITED STATES DEPARTMENT OF<br>TRANSPORTATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-1448 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **SCHEDULING ORDER**

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures shall be made by April 11, 2007 or another date mutually-agreeable to the parties.

4. Discovery shall close 120 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter. Expert depositions, if any, are to be

conducted within 30 after all expert disclosures are completed.

6. The pre-trial conference shall be set upon completion of discovery.

7. The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2007.


_____
ROSEMARY M. COLLYER
United States District Judge