IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN E. LEE | ) | Civ. Action No. 061448(RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY E. PETERS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| TRANSPORTATION | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND
TIME PERIOD FOR MEDIATION**

Plaintiff, Susan E. Lee, by counsel hereby moves this Court to extend the time period for mediation in the above-captioned litigation by an additional sixty (60) days for the purpose of enabling the parties to complete preliminary discovery and schedule a date for mediation. A Memorandum of Points and Authorities, along with a proposed Order, are attached hereto.

Pursuant to Local Rule 7(m), undersigned counsel discussed this matter with counsel for the defendant, Jane Lyons, Esq., Assistant United States Attorney, and Ms. Lyons does not oppose this motion.

Respectfully submitted,

_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN E. LEE | ) | Civ. Action No. 061448(RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vi. | ) | |
| | ) | |
| MARY E. PETERS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| TRANSPORTATION | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR MEDIATION BY AN ADDITIONAL SIXTY DAYS**

Plaintiff, Susan E. Lee, by counsel, hereby moves this Court to extend the time for mediation in the above-captioned litigation by an additional sixty (60) days, for the purpose of enabling the parties to complete preliminary discovery and schedule a date for mediation. In support of this Motion, Plaintiff states as follows:

1. By Order dated April 13, 2007, this case was referred to Magistrate Judge John M. Facciola for a 60-day period beginning May 29, 2007 and ending July 30, 2007.

2. Plaintiff and Defendant have exchanged discovery requests.

3. Because Plaintiff lives in Oregon, Plaintiff has not been readily available to assist her attorneys with providing answers to Defendant's discovery.

4. In addition, Plaintiff recently requested that the parties enter into a joint protective order so that she can be assured that documents she provides to Defendant will be kept confidential.

5. Plaintiff's attorney has reviewed and approved the Defendant's proposed joint protective order. It is Plaintiff's attorney's understanding that Defendant's attorney will be submitting the joint protective order to the court in the very near future.

6. As soon as the protective order is entered, Plaintiff will provide her discovery responses to Defendant.

7. Because Defendant has not had the opportunity to review Plaintiff's responses to discovery, the parties have not yet scheduled the mediation with Magistrate Facciola.

8. The parties still believe that mediation will be worthwhile and therefore Plaintiff is requesting that the time period for mediation be extended by an additional sixty (60) days.

9. Plaintiff also requests that the scheduling conference presently scheduled for August 3, 2007 at 10:15 a.m. be postponed until after the sixty day period for mediation.

10. Defendant's attorney advised Plaintiff's attorney that she will not oppose this motion.

WHEREFORE, for the reasons stated herein, Plaintiff requests that this Court extend the time for mediation by an additional sixty (60) days.

          Respectfully submitted,


_____/s/_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates
1050 17th Street, N.W.
Washington, DC  20036
202-463-6036
202-463-6067 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUSAN E. LEE | ) | Civ. Action No. 061448(RMC) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARY E. PETERS, SECRETARY, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| TRANSPORTATION | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon consideration of Plaintiff's Unopposed Motion to Extend the Time for Mediation by an Additional Sixty Days, Memorandum of Points and Authorities, and the facts and law considered, it is hereby

ORDERED that Plaintiff's Motion to Extend the Time for Mediation by an Additional Sixty Days is HEREBY GRANTED; and it is

FURTHER ORDERED that the scheduling conference presently scheduled for August 3, 2007, at 10:15 a.m. is postponed until after the sixty day period for mediation.

So ORDERED this _____ day of _____, 2007.

_____
Judge