UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SUSAN E. LEE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1448 (RMC) |
| MARY E. PETERS, Secretary, ) United States Department of Transportation, ) | |
| Defendant. ) | |

**CONSENT MOTION FOR ENTRY OF PRIVACY ACT PROTECTIVE ORDER**

Defendant Mary E. Peters, Secretary of Transportation, through her undersigned counsel, respectfully requests that the Court enter the attached Consent Privacy Act Protective Order in this case. The Court has allowed the parties to engage in limited discovery in preparation for mediation, and plaintiff has objected to releasing medical information to defendant's counsel until an appropriate protective order is in place. Accordingly, entry of this protective order should advance the parties' ability to exchange information both in preparation for mediation, and, if necessary, discovery at a later stage.

Medical and employment information are key elements of this employment discrimination lawsuit. Plaintiff alleges that Defendant discriminated against her on the basis of her disabilities, defendant's record of her disabilities, and its perception of her as if she were disabled, when defendant allegedly denied her reasonable accommodations and constructively discharged her from the Agency's employment. Plaintiff also alleges that the Agency retaliated against her for initiating an EEO complaint against the Department of Transportation. Defendant

denies all of the allegations. Defendant is currently seeking personnel, medical, and other records that are likely to contain confidential information.

Entry of protective orders in civil case is governed by Rule 26(c) of the Federal Rules of Civil Procedure. At this stage of this case, Defendant has no objection to treating information obtained from plaintiff about, for example, her medical and financial situation confidentially to avoid any potential embarrassment. As such, having the disclosures be protected from dissemination or placement on the public record is an appropriate method of proceeding. Plaintiff has affirmatively requested confidentiality for information responsive to defendant's outstanding discovery requests, and she consents to entry of the attached proposed order.

For all of these reasons, defendant respectfully requests that the Court enter the Consent Privacy Act Protective Order tendered by the parties.

Dated: August 8, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161