**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SUSAN LEE,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Civil Action No.: 06-1448 (RMC)** |
| **MARY E. PETERS,** Secretary, U.S. Department of Transportation, | ) ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Jane M. Lyons as counsel of record for Defendant in the above-captioned action.

Dated: November 28, 2007                    Respectfully submitted,

                           /s/ Christopher B. Harwood
                          CHRISTOPHER B. HARWOOD
                          Assistant United States Attorney
                          555 Fourth St., N.W.
                          Washington, D.C. 20530
                          Phone: (202) 307-0375
                          Fax: (202) 514-8780
                          Christopher.Harwood@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of November, 2007, I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff's Attorney, **Alan Lescht**, via the Court's Electronic Case Filing system.

      /s/   Christopher B. Harwood
    CHRISTOPHER B. HARWOOD