IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1448 (RMC) |
| ) | |
| MARY .E. PETERS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSTION OF TIME
TO COMPLETE DISCOVERY**

Plaintiff, with the consent of Defendant, moves for an extension of time to complete discovery. The current end date for fact discovery is May 15, 2008, and the current end date for expert discovery is September 15, 2008. Plaintiff hereby requests that this Court provide the parties until November 14, 2008 to complete both fact and expert discovery. Plaintiff also requests that the Court postpone the (currently scheduled) May 29, 2008 status conference to another date to be set by the court following the close of discovery.

This extension is needed because of time constraints on counsel in other cases, the plaintiff resides out of state (and it has been difficult to schedule her deposition and finalize her written discovery responses), and there are substantial medical records that need to be obtained from third parties.

A proposed revised Scheduling Order is submitted herewith.

Date: April 22, 2008                                          Respectfully submitted,

/s/
_____
Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 220
Washington, DC  20036
202-463-6036
202-463-6067 (fax)

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN E. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1448 (RMC) |
| ) | |
| MARIA CINO, ACTING SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## SCHEDULING ORDER

Upon consideration of the joint motion for an extension of time to complete discovery, it is hereby ORDERED as follows:

1. All fact and expert discovery shall conclude by November 14, 2008.

2. The status conference scheduled for May 29, 2008 is cancelled.

SO ORDERED on this ___ day of _____, 2008.


_____
ROSEMARY M. COLLYER
United States District Judge